**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 209 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
WALTER FRANK MEYERLE, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 210 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
WALTER FRANK MEYERLE, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 211 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
WALTER FRANK MEYERLE, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 212 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

WALTER FRANK MEYERLE,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 213 MAL 2023

      Respondent

            Petition for Allowance of Appeal
            from the Order of the Superior Court

      v.

WALTER FRANK MEYERLE,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 214 MAL 2023

      Respondent

            Petition for Allowance of Appeal
            from the Order of the Superior Court

      v.

WALTER FRANK MEYERLE,

      Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.